

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR-11-534 |
| Suzanna Jacobs DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___dft___, IT IS ORDERED that a detention hearing is set for ___Friday___, ___9/23/11___, at ___11:00___ ☒ a.m. / ☐ p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ~~540~~ 341.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___9/19/11___                    _____
                                        U.S. District Judge/Magistrate Judge